```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES BAXTER,

                                          Plaintiff,

                 -against-

LONG ISLAND RAILROAD COMPANY,

                                          Defendant.

-----------------------------------------------------------------X

24-CV-02099 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

       On Thursday, September 19, 2024, the parties appeared before me and reached a settlement in principle. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored.

       The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 19, 2024
                 New York, New York